■ WASHINGTON GROUP, LLC, et al., Appellants, v ADAM DEWALT ADAMS, Respondent. [853 NYS2d 905]—

The Supreme Court properly, in effect, denied that branch of the plaintiffs' motion which was for an award of an attorney's fee (*see Adams v Washington Group, LLC,* 49 AD3d 786 [2008] [decided herewith]). Mastro, J.P., Florio, Miller and Dickerson, JJ., concur.